## VIALPANDO v. PATTERSON, WARDEN.

No. 1208, Misc. Decided June 17, 1968.

*Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *James F. Pamp,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the United States Court of Appeals for the Tenth Circuit for further consideration in light of *Peyton* v. *Rowe,* 391 U. S. 54.

## CATON v. ALABAMA.

No. 1203, Misc. Decided June 17, 1968.

*MacDonald Gallion,* Attorney General of Alabama, and *John C. Tyson III,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is reversed. *Douglas* v. *California,* 372 U. S. 353, and *Griffin* v. *Illinois,* 351 U. S. 12.